AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

**Filed**

APR 3 0 2015

**U.S. Magistrate Judge**

| United States of America | ) | |
| v. | ) | |
| JARVIS DESHAWN DURR | ) | Case No. 3:15-mj-531-FKB |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 25, 2015 _____ in the county of _____ Hinds _____ in the
_____ Southern _____ District of _____ Mississippi _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(k) | Unlawful possession of a firearm with an obliterated or altered serial number |
| 18 U.S.C. 924(c) | Brandishing a dangerous weapon during and in relation to a crime of violence |
| 18 U.S.C. 2119 | Carjacking |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas J. Wishon, Special Agent ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/30/2015 _____

_____
*Judge's signature*

City and state: _____ Jackson, Mississippi _____

F. Keith Ball, U.S. Magistrate Judge
_____
*Printed name and title*

Affidavit for Criminal Complaint

Probable Cause

I, Thomas J. Wishon, being duly sworn, hereby state the following:

1. I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so since May 26, 2014. Previous to that I was a police officer with the Charlotte Mecklenburg Police Department, Charlotte, North Carolina, for over eight years. As an ATF Special Agent, I am vested with the authority to investigate violations of Federal Alcohol, Tobacco, Firearms and Explosives Laws.

2. This affidavit is submitted in support of an application for a complaint and arrest warrant charging Jarvis DURR for violating the following statutes:

   a. Title 18 USC 922(k)-It shall be unlawful for any person knowingly to transport, ship, or receive, in interstate or foreign commerce, any firearm which has had the importer's or manufacturer's serial number removed, obliterated, or altered.
   b. Title 18 USC 924(c)- Any person who, during and in relation to any crime of violence that provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device.
   c. Title 18 USC 2119- Whoever, with the intent to take a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce with the intent to cause serious bodily harm from the person or presence of another by force and violence or by intimidation.

3. The facts in this affidavit are based on information provided to me by ATF Special Agent Joe C. Belisle.

BACKGROUND

4. Jarvis Deshawn DURR, a black male, born on ▮▮▮▮ 1993, whose Social Security Number is ▮▮▮▮2427, was arrested on April 25, 2015, by Officer Michelle Foster of the Jackson Police Department for Kidnapping, Carjacking and Armed Robbery. DURR resides at ▮▮▮▮▮▮▮ Crystal Spring, MS.

5. Prior to DURR's April 25, 2015 arrest, he was indicted on July 17, 2012, in the Circuit Court, First Judicial District of Hinds County, in the State of Mississippi, Cause Number 12-816CRWG for the following: Forcible Rape, Mississippi Code Annotated § 97-03-65(4)(a); Business Burglary, Mississippi Code Annotated § 97-17-33; and Armed Robbery, Mississippi Code Annotated § 97-3-79. He is currently under that indictment.

6. On Saturday, April 25, 2015, Olga Ramirez was sitting in the passenger side of her 2006 Ford F150, Mississippi license plate number HQ5029 and parked at 1923 Highway 80 in Jackson, Mississippi. This vehicle was assembled outside the state of Mississippi. Ms. Ramirez was waiting for her boyfriend, Christobalito Montillo, to receive a haircut. While Ms. Ramirez was waiting in her vehicle, Jarvis DURR opened the driver's side door and entered the vehicle.

7. Jarvis DURR pulled out a small handgun and demanded money from Ms. Ramirez. Ms. Ramirez told Jarvis DURR she did not have any money, and DURR started the ignition of the vehicle and drove west down Frontage Road. When DURR came to a stop he asked Ms. Ramirez once more for money. When Ms. Ramirez replied she did not have any, she attempted to open the door to flee from the vehicle. Jarvis DURR grab Ms. Ramirez by the shirt and pulled her back into the truck. DURR then placed the gun to Ms. Ramirez's left temple.

8. Jarvis DURR continued to drive away with Ms. Ramirez. As DURR drove away, he attempted to place the firearm on his lap; however the gun fell onto the floor. When the gun fell onto the floor, Ms. Ramirez opened the passenger side door and fled from her own vehicle.

9. Christobalito Montillo was following the vehicle and on the phone with the 911 operator. Shortly thereafter, officers with the Jackson Police Department stopped the vehicle driven by DURR, which was then traveling westbound on Robinson Road near Ellis Avenue. DURR was arrested and taken into custody without incident. During the arrest, DURR was found in possession of a Raven brand, model MP-25, .25 caliber handgun which had an obliterated serial number. This firearm was manufactured outside the state of Mississippi.

10. Based on the foregoing facts and circumstances, your affiant believes probable cause exits proving Jarvis Deshawn DURR did violate Title 18 USC 922(k) possession of a firearm with an obliterated serial number, Title 18 USC 922(n) possession of a firearm while under felony indictment, Title 18 USC 924(c) crime of violence that provides for an enhanced punishment if committed by the use of a deadly or dangerous weapon or device, Title 18 USC 2119 intent to take a motor

vehicle that has been transported, shipped, or received in interstate or foreign commerce with the intent to cause serious bodily harm from the person or presence of another by force and violence or by intimidation.

Thomas J. Wishon
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn and subscribed on me this 30th day of April 2015.

UNITED STATES MAGISTRATE JUDGE